# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ANDRE JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0005

————————————————

February 6, 2026

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.